UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Michael David Harris,

Petitioner

v.

Jeremy Bean, et al.,

Respondents

Case No. 2:26-cv-01483-CDS-MDC

**Order Denying Petitioner's Motions to Permit Supplemental Brief in Support of Transfer of Venue and/or Writ of Mandamus Ordering Entry of Summary Judgment in Favor of Petitioner/Applicant; Substitute Parties; and Extend Prison Copywork Limit**

[ECF Nos. 48, 49, 51]

Nevada state prisoner Michael David Harris filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. ECF No. 1-1. On August 20, 2026, I dismissed his petition and entered judgment for, among other things, failure to exhaust state remedies as he has not yet exhausted his state direct appeal and postconviction proceedings and still has remedies available to him. ECF Nos. 37, 38. Harris's appeal to the Ninth Circuit Court of Appeals was denied. ECF No. 46. Harris has since filed three motions in this matter requesting (1) permission to file supplemental brief in support of transfer of venue and/or writ of mandamus ordering entry of summary judgment in favor of petitioner/applicant; (2) substitution of a party; and (3) extension of the prison copywork limit. ECF Nos. 48, 49, 51. For the reasons explained below, I deny the motions.

## I. Discussion

### A. The motion to file supplemental brief is denied.

As stated above, the Ninth Circuit Court of Appeals denied Harris's appeal from my order dismissing his petition without prejudice. ECF No. 46. Harris subsequently filed in this Court a motion to permit supplemental brief in support of transfer of venue and/or writ of mandamus ordering entry of summary judgment in favor of petitioner/applicant. ECF No. 48.

That motion appears to have been directed to the Ninth Circuit Court of Appeals. *Id.* Therefore, the motion is denied and Harris is directed to file it with the proper court.

### B. Motions to Substitute Party and to Extend Copywork Limit

Harris requests that respondent Jeremy Bean be replaced by Bryn Massal and an extension of the prison copywork limit. ECF Nos. 49, 51. The motions are denied because this case is closed.

## II. Conclusion

It is hereby ordered that petitioner's motion to permit supplemental brief in support of transfer of venue and/or writ of mandamus ordering entry of summary judgment in favor of petitioner/applicant **[ECF No. 48] is denied.**

It is further ordered that the petitioner's motion to substitute parties **[ECF No. 49] is denied**.

It is further ordered that the petitioner's motion to extend prison copywork limit **[ECF No. 51] is denied**.

Dated: November 4, 2026

__________________________________

Cristina D. Silva
United States District Judge