UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Michael David Harris,<br>Petitioner<br>v.<br>Jeremy Bean, et al.,<br>Respondents | Case No. 2:26-cv-01483-CDS-MDC<br>**Order Denying Petitioner's Request for Production of Documents and Motion to Disqualify/Change Venue, and Directing the Clerk of Court to Designate the Petitioner a Restricted Filer and to Reject Future Filings in this Action**<br>[ECF Nos. 53, 54] |

In this closed habeas action, judgment was entered on August 20, 2026. ECF Nos. 37, 38. Petitioner Michael David Harris's appeal to the Ninth Circuit Court of Appeals was denied. ECF No. 46. Petitioner subsequently filed several motions that I denied. ECF No. 52. Harris has now filed a second request for production of documents (ECF No. 53) and motion to disqualify/change venue (ECF No. 54). This action is closed, so Harris's motions are denied. Moreover, I direct the Clerk of Court to designate Harris as a restricted filer in this matter and not to accept any filings other than a notice of appeal from this order.

IT IS HEREBY ORDERED that the petitioner's second request for production of documents **[ECF No. 53] is denied**.

IT IS FURTHER ORDERED that the petitioner's motion to disqualify/change venue **[ECF No. 54] is denied**.

IT IS FURTHER ORDERED that a certificate of appealability is denied as jurists of reason would not find the district court's disposition of petitioner's filing to be debatable or incorrect.

I kindly direct the Clerk of Court to designate Harris a restricted filer in this matter and to return unfiled any papers submitted in this matter other than a notice of appeal from this order.

Dated: November 10, 2026

_________________________________
Cristina D. Silva
United States District Judge